Steven O. Rosen, OSB #785009
Rosen@RosenLawFirm.com
Elizabeth M. Ferrarini OSB #944859
Ferrarini@RosenLawFirm.com
The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, OR 97205
Telephone: (503) 525-2525
Facsimile: (503) 525-2526

Attorneys for Defendant
Spirit Airlines, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY MEACHAM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES INC. and; KERRIE CONRAD,<br><br>　　　　Defendants. | Case No. 3:15-cv-338<br><br>**NOTICE OF REMOVAL**<br><br>**DEMAND FOR JURY TRIAL** |

To:   The Honorable Judges of the United States District Court for the District of Oregon, Portland Division, Mark O. Hatfield Courthouse, 1000 SW Third Avenue, Portland, Oregon 97204-2902; and to William Ball, Attorney William Ball, LLC, 420 SW Washington, Suite 400, Portland, OR 97204.

Pursuant to 28 U.S.C. §§ 1332 and 1441, defendant Spirit Airlines, Inc. submits this notice of removal from the Circuit Court of the State of Oregon for Multnomah County to the United States District Court for the District of Oregon on the grounds that:

1.  Defendant Spirit Airlines, Inc. is a party in a civil action brought against it in the Circuit Court of the State of Oregon for Multnomah County entitled *Timothy Meacham v. Spirit Airlines Inc. and Kerrie Conrad*, Case No. 15CV01985.

2.  Plaintiff filed the complaint in the state court action, *Timothy Meacham v. Spirit Airlines Inc. and Kerrie Conrad*, with the clerk of the Circuit Court for the State of Oregon, County of Multnomah on January 29, 2015. A copy of the Summons and Complaint was served on Spirit Airlines, Inc. on January 30, 2015. To the best of defendant Spirit Airlines, Inc.'s knowledge, information, and belief after a reasonable inquiry, defendant Kerrie Conrad has not yet been served. A copy of the Summons and Complaint in the state court action is attached to this Notice as Exhibit 1.

3.  Plaintiff alleges that he is a resident of the State of Oregon.

4.  Defendant Spirit Airlines, Inc. is a corporation organized and existing under the laws of the state of Delaware with its principal place of business in Miramar, Florida.

5.  To the best of defendant Spirit Airlines, Inc.'s knowledge, information, and belief after a reasonable inquiry, Kerrie Conrad is a resident of the State of Washington.

6.  This action is a civil action for personal injuries that allegedly occurred at Portland International Airport. Plaintiff's prayer for damages is $973,415, plus future medical costs and treatment, costs, and expenses.

7.  This action is one over which this court has original jurisdiction under 28 U.S.C. § 1332, it is one that may be removed to this court by defendant Spirit Airlines, Inc. pursuant to the provisions of 28 U.S.C. § 1441, and it is a civil action wherein the matter in controversy exceeds $75,000, exclusive of interests and costs and is between citizens of different states.

8.  Pursuant to Fed. R. Civ. P. 38(b), Spirit Airlines, Inc. demands a trial by jury.

WHEREFORE, Spirit Airlines, Inc. gives notice that the above-entitled action now pending against it in the Circuit Court of the State of Oregon for Multnomah County has been removed to this court.

DATED this 25th of February, 2015.

        s/ Steven O. Rosen
Steven O. Rosen, OSB # 785009
Rosen@RosenLawFirm.com
Of Attorneys for Defendant Spirit Airlines, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **NOTICE OF REMOVAL** by the following indicated method or methods:

☒ by **mailing** full, true, and correct copies thereof in sealed, first-class postage-prepaid envelopes, addressed to the attorney(s) as shown below, the last-known address(es) of the attorney(s) and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

☐ by causing full, true, and correct copies thereof to be **hand-delivered** via messenger to the attorney(s) at the last-known address(es) listed below on the date set forth below.

☐ Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Mr. William Ball
Attorney William Ball, LLC
420 SW Washington, Suite 400
Portland, OR 97204

Attorney for plaintiff Timothy Meacham

DATED this 25th day of February, 2015.

                                          s/ Steven O. Rosen
                              Steven O. Rosen, OSB #785009