Steven O. Rosen, OSB #785009
Rosen@RosenLawFirm.com
Elizabeth M. Ferrarini OSB #944859
Ferrarini@RosenLawFirm.com
The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, OR  97205
Telephone:  (503) 525-2525
Facsimile:  (503) 525-2526

Attorneys for Defendant
Spirit Airlines, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY MEACHAM,<br><br>                     Plaintiff,<br>v.<br><br>SPIRIT AIRLINES INC. and; KERRIE CONRAD,<br><br>                     Defendants. | Case No.  3:15-cv-00338-SI<br><br>**DEFENDANT SPIRIT AIRLINES INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rules of Civil Procedure 7.1, defendant Spirit Airlines, Inc. states that it has no parent corporations and that no publicly held corporation

Page 1 of 2 – DEFENDANT SPIRIT AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT

The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, Oregon 97205
Phone: (503) 525-2525; Fax: (503) 525-2526

owns ten percent (10%) or more of its stock. Defendant Spirit Airlines, Inc. further states that FMR LLC owns more than 10% of its stock; however, its understanding is that FMR LLC is not publicly held.

DATED this 23rd day of March, 2015.

                                            s/ Steven O. Rosen
                                  Steven O. Rosen, OSB # 785009
                                  Rosen@RosenLawFirm.com
                                  Of Attorneys for Defendant Spirit Airlines, Inc.

Page 2 of 2 – DEFENDANT SPIRIT AIRLINES, INC.'S
CORPORATE DISCLOSURE STATEMENT

The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, Oregon 97205
Phone: (503) 525-2525; Fax: (503) 525-2526

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **DEFENDANT SPIRIT AIRLINES, INC.'S CORPORATE DISCLOSURE STATEMENT** by the following indicated method or methods:

☐ by **mailing** full, true, and correct copies thereof in sealed, first-class postage-prepaid envelopes, addressed to the attorney(s) as shown below, the last-known address(es) of the attorney(s) and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

☐ by causing full, true, and correct copies thereof to be **hand-delivered** via messenger to the attorney(s) at the last-known address(es) listed below on the date set forth below.

☒ Notice of this filing will be sent by e-mail to plaintiff's counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Mr. William Ball
Attorney William Ball, LLC
420 SW Washington, Suite 400
Portland, OR 97204

Attorney for plaintiff Timothy Meacham


DATED this 23rd day of March, 2015.


                                            s/ Steven O. Rosen
                                       Steven O. Rosen, OSB #785009