AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TIMOTHY MEACHAM <br><br> *Plaintiff(s)* <br> v. <br> SPIRIT AIRLINES INC. and; KERRIE CONRAD, <br><br> *Defendant(s)* | Civil Action No. 3:15-cv-00338-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kerrie Conrad, 14314 SE 9th St. Vancouver WA 98683

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   ATTORNEY WILLIAM BALL, LLC
420 SW WASHINGTON, SUITE 400
PORTLAND, OREGON 97204
TEL (503) 477-8194 /FAX (877)479-0429
BALL.WILL@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, *Clerk of Court*

Date: **04/08/2015**

By: **s/Sutawnee Sellers, Deputy Clerk**