**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Michael A, Miller, OSB No. 066347**
Email: michael.miller@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison, Suite 415
Portland, OR  97204
Telephone: (503) 223-3000
Fax: (503) 954-3321
        Attorneys for Defendant Kerrie Conrad

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TIMOTHY MEACHAM**,

                    Plaintiff,                              No. 3:15-CV-00338-SI

        v.                                          **NOTICE OF APPEARANCE**

**SPIRIT AIRLINES, INC. and; KERRIE
CONRAD**,

                    Defendants.

        TO:    The Clerk of the Court and to all counsel of record:

        Please take notice that the appearance of Defendant Kerrie Conrad is entered in this

action through the undersigned attorneys, without waiving objections as to personal

jurisdiction, process or service of process.  Please serve all future pleadings or papers,

/ / /

  Page 1        NOTICE OF APPEARANCE

except process, upon the undersigned attorneys at their address stated below.

Dated this 29th day of April, 2015.

CHOCK BARHOUM LLP

John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Michael A. Miller, OSB No. 066347
Email:michael.miller@chockbarhoum.com
    Attorneys for Defendant Kerrie Conrad


And


William J. Katt (*Pro Hac Vice* pending)
Email: william.katt@wilsonelser.com
John P. Loringer (*Pro Hac Vice* pending)
Email: john.loringer@wilsonelser.com

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
740 N. Plankinton Ave., Suite 600
Milwaukee, WI 53203
Telephone: (414) 276-8816
Fax: (414) 276-8819