**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Michael A, Miller, OSB No. 066347**
Email: michael.miller@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison, Suite 415
Portland, OR  97204
Telephone: (503) 223-3000
Fax: (503) 954-3321
        Attorneys for Defendant Kerrie Conrad

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TIMOTHY MEACHAM,**

                    Plaintiff,                              No. 3:15-CV-00338-SI

        v.                                      **DEFENDANT KERRIE CONRAD'S**
                                                **UNOPPOSED MOTION FOR**
**SPIRIT AIRLINES, INC. and; KERRIE**           **EXTENTION OF DEADLINE**
**CONRAD,**

                    Defendants.


## CERTIFICATE OF COMPIANCE WITH LR 7-1(a)

        I hereby certify that defense counsel for Defendant Kerrie Conrad ("Conrad") has

conferred with counsel for Plaintiff in a good faith effort to resolve this matter.  The parties

agreed to the following request, and this motion is unopposed.

  Page 1      DEFENDANT KERRIE CONRAD'S UNOPPOSED MOTION FOR
             EXTENTION OF DEADLINE

## **MOTION**

Pursuant to LR 16-3, Defendant Conrad moves the Court for an extension of time to Tuesday, June 9, 2015, to file her Answer or otherwise respond to Plaintiff's Complaint.

## **MEMORANDUM IN SUPPORT OF MOTION**

Defendant Conrad was served with the Summons and Complaint on April 16, 2015. Under the Federal Rules of Civil Procedure, Defendant's Answer is due on May 7. Defendant Conrad respectfully requests additional time to investigate the various claims in this matter and draft her Answer.

Defense counsel for Conrad spoke with William Ball, counsel for Plaintiff, on April 28, 2015, and requested a brief extension of time to prepare and file an Answer. Mr. Ball agreed with that request and Defendant Conrad seeks court approval of the extension of time in accordance with LR 16-3 and 29-1.

It is not expected that this requested extension of time will cause any significant delay in the progression of the action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2        DEFENDANT KERRIE CONRAD'S UNOPPOSED MOTION FOR
              EXTENTION OF DEADLINE

This motion is made in good faith and not for purposes of delay. Defendant Conrad respectfully requests that the Court grant its request for an extension of time.

Dated this 29th day of April, 2015.

CHOCK BARHOUM LLP

John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Michael A. Miller, OSB No. 066347
Email:michael.miller@chockbarhoum.com
    Attorneys for Defendant Kerrie Conrad


And


William J. Katt (*Pro Hac Vice* pending)
Email: william.katt@wilsonelser.com
John P. Loringer (*Pro Hac Vice* pending)
Email: john.loringer@wilsonelser.com

WILSON ELSER MOSKOWITZ EDELMAN &
DICKER LLP
740 N. Plankinton Ave., Suite 600
Milwaukee, WI 53203
Telephone: (414) 276-8816
Fax: (414) 276-8819

DEFENDANT KERRIE CONRAD'S UNOPPOSED MOTION FOR
EXTENTION OF DEADLINE