AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| TIMOTHY MEACHAM <br><br> *Plaintiff(s)* <br> v. <br> SPIRIT AIRLINES INC. and; KERRIE CONRAD, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  3:15-cv-00338-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kerrie Conrad, 14314 SE 9th St. Vancouver WA 98683

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     ATTORNEY WILLIAM BALL, LLC
420 SW WASHINGTON, SUITE 400
PORTLAND, OREGON 97204
TEL (503) 477-8194 /FAX (877)479-0429
BALL.WILL@GMAIL.COM

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

By: /s/Sutawnee Sellers, Deputy Clerk

Date: __04/08/2015__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:15-cv-00338-SI

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Kerrie Conrad__
was received by me on *(date)* __April 16th 2015__.

☒ I personally served the summons on the individual at *(place)* __14314 SE 9th Street Vancouver WA 98683__ on *(date)* __4-16-15__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __50__ for travel and $ __N/A__ for services, for a total of $ __50.00__.

I declare under penalty of perjury that this information is true.

Date: __4/17/15__

_Server's signature_

__Kenneth J Butterfield__
_Printed name and title_

__4211 NW. Lake RD., Camas WA. 98607__
_Server's address_

Additional information regarding attempted service, etc: