UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Civil Case No. 3:15-cv-338

Timothy Meacham

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

_____
Plaintiff(s),

v.

Spirit Airlines Inc and; Kerrie Conrad

_____
Defendant(s).

Attorney _William Katt_____ requests special admission *pro hac vice* in

the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the
requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Katt                              William
         *(Last Name)*                    *(First Name)*              *(MI)*      *(Suffix)*
Firm or Business Affiliation: Wilson Elser Moskowitz Edelman & Dicker LLP
Mailing Address:  740 N. Plankinton Ave, Suite 600
City: Milwaukee                    State: WI              Zip: 53203
Phone Number: 414-276-8816          Fax Number: 414-276-8819
Business E-mail Address: william.katt@wilsonelser.com

Application for Special Admission - *Pro Hac Vice*
Page 1 of 3

**(2)     BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

        State of WI, 05/21/79, 1001505

        State of IL, 12/10/02, 6278809

        State of MN, 04/28/10, 0390715

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

        US Seventh Circuit Court of Appeals

        Eastern District of IL

        Eastern & Western Districts of WI, 05/27/79

**(3)     CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

**(4)     CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)     REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Kerrie Conrad

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 7th day of May , 2015

*(Signature of Pro Hac Counsel)*

William Katt
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 7th day of May , 2015

*(Signature of Local Counsel)*

Name: Miller _____ Michael _____

_(Last Name)_ _(First Name)_ _(MI)_ _(Suffix)_

Oregon State Bar Number: 066347

Firm or Business Affiliation: Chock Barhoum

Mailing Address: 121 SW Morrison St #415

City: Portland _____ State: OR _____ Zip: 97204

Phone Number: 971-302-6428 _____ Business E-mail Address: michael.miller@chockbarhou

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

Application for Special Admission - *Pro Hac Vice*
Page 3 of 3