UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Timothy Meacham

Civil Case No. 3:15-cv-338

**Plaintiff(s),**

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

v.

Spirit Airlines Inc and; Kerrie Conrad

**Defendant(s).**

Attorney John Loringer requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Loringer     John     P
      (Last Name)  (First Name)  (MI)  (Suffix)

Firm or Business Affiliation: Wilson Elser Moskowitz Edelman & Dicker LLP

Mailing Address: 740 N. Plankinton Ave, Suite 600

City: Milwaukee     State: WI     Zip: 53203

Phone Number: 414-276-8816     Fax Number: 414-276-8819

Business E-mail Address: john.loringer@wilsonelser.com

(2)   **BAR ADMISSIONS INFORMATION:**

    (a)   State bar admission(s), date(s) of admission, and bar ID number(s):
State of WI, 05/06/06, 1059778
State of MN, 08/12/10, 0390894
State of CA, 12/03/02, 221223

    (b)   Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of CA
Northern District of IL, 12/07/09
Eastern & Western Districts of WI, 07/14/09

(3)   **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)   ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)   ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4)   **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5)   **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kerrie Conrad

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of May, 2015

_(Signature of Pro Hac Counsel)_

John Loringer
_(Typed Name)_

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 7th day of May, 2015

_(Signature of Local Counsel)_

Name: Miller (Last Name), Michael (First Name), (MI), (Suffix)
Oregon State Bar Number: 066347
Firm or Business Affiliation: Chock Barhoum
Mailing Address: 121 SW Morrison St #415
City: Portland    State: OR    Zip: 97204
Phone Number: 971-302-6428    Business E-mail Address: michael.miller@chockbarhou

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge