UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Timothy Meacham

          Plaintiff(s),

v.

Spirit Airlines Inc and; Kerrie Conrad

          Defendant(s).

Civil Case No. 3:15-cv-338 -SI

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney William Katt requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)     **PERSONAL DATA:**

Name: Katt, William
    *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: Wilson Elser Moskowitz Edelman & Dicker LLP

Mailing Address: 740 N. Plankinton Ave, Suite 600

City: Milwaukee      State: WI      Zip: 53203

Phone Number: 414-276-8816      Fax Number: 414-276-8819

Business E-mail Address: william.katt@wilsonelser.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
State of WI, 05/21/79, 1001505

State of IL, 12/10/02, 6278809

State of MN, 04/28/10, 0390715

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
US Seventh Circuit Court of Appeals

Eastern District of IL

Eastern & Western Districts of WI, 05/27/79

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kerrie Conrad

(6)  **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of May, 2015

*(Signature of Pro Hac Counsel)*

William Katt
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 7th day of May, 2015

*(Signature of Local Counsel)*

Name: Miller, Michael
*(Last Name)   (First Name)   (MI)   (Suffix)*

Oregon State Bar Number: 066347
Firm or Business Affiliation: Chock Barhoum
Mailing Address: 121 SW Morrison St #415
City: Portland    State: OR    Zip: 97204
Phone Number: 971-302-6428    Business E-mail Address: michael.miller@chockbarhou

---

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 12th day of May, 2015

/s/ Michael H. Simon
Judge