UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Timothy Meacham

**Plaintiff(s),**

v.

Spirit Airlines Inc and; Kerrie Conrad

**Defendant(s).**

Civil Case No. 3:15-cv-338 -SI

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney John Loringer requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Loringer, John, P
(Last Name) (First Name) (MI) (Suffix)

Firm or Business Affiliation: Wilson Elser Moskowitz Edelman & Dicker LLP

Mailing Address: 740 N. Plankinton Ave, Suite 600

City: Milwaukee    State: WI    Zip: 53203

Phone Number: 414-276-8816    Fax Number: 414-276-8819

Business E-mail Address: john.loringer@wilsonelser.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):

    State of WI, 05/06/06, 1059778

    State of MN, 08/12/10, 0390894

    State of CA, 12/03/02, 221223

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):

    Northern District of CA

    Northern District of IL, 12/07/09

    Eastern & Western Districts of WI, 07/14/09

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Kerrie Conrad

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 7th day of May, 2015

_____
(Signature of Pro Hac Counsel)

John Loringer
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 7th day of May, 2015

_____
(Signature of Local Counsel)

Name: Miller, Michael
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 066347
Firm or Business Affiliation: Chock Barhoum
Mailing Address: 121 SW Morrison St #415
City: Portland   State: OR   Zip: 97204
Phone Number: 971-302-6428   Business E-mail Address: michael.miller@chockbarhou

---

**COURT ACTION**

☒ Application approved subject to payment of fees.
☐ Application denied.

DATED this 12th day of May, 2015

/s/ Michael H. Simon
Judge