UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

TIMOTHY MEACHAM  
Plaintiff(s),

Case No.: 3:15-cv-00338-SI

v.

SPIRIT AIRLINES, INC., et al.  
Defendant(s).

_____ /

### Fed. R. Civ. P. 26(a) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 5-13-2015

Signature: *Elizabeth M Ferrarini*  
Name and OSB ID: Elizabeth M Ferrarini, OSB #944859  
E-mail Address: Ferrarini@RosenLawFirm.com  
Firm Name: The Rosen Law Firm, PC  
Mailing Address: 1000 SW Broadway, Suite 1220  
City, State, Zip: Portland, OR 97205  
Parties Represented: Spirit Airlines, Inc.

cc: Counsel of Record