Steven O. Rosen, OSB #785009
Rosen@RosenLawFirm.com
Elizabeth M. Ferrarini OSB #944859
Ferrarini@RosenLawFirm.com
The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, OR 97205
Telephone: (503) 525-2525
Facsimile: (503) 525-2526

Attorneys for Defendant
Spirit Airlines, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY MEACHAM,<br><br>   Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES INC.; KERRIE CONRAD, and; AIRPORT TERMINAL SERVICES, INC., a Missouri Corporation,<br><br>   Defendants. | Case No. 3:15-cv-00338-SI<br><br>**DEFENDANT SPIRIT AIRLINES INC.'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO ANSWER FIRST AMENDED COMPLAINT** |

## CERTIFICATE OF COMPLIANCE WITH LR 7-1(a)

I hereby certify that defense counsel for Spirit Airlines, Inc. has conferred with counsel for the plaintiff in a good faith effort to resolve this matter. Plaintiff

Page 1 of 3 – Defendant Spirit Airlines, Inc.'s Unopposed Motion for Extension of Deadline to Answer First Amended Complaint

The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, Oregon 97205
Phone: (503) 525-2525; Fax: (503) 525-2526

and Spirit Airlines, Inc. have agreed to the following request, and this motion is unopposed.

## MOTION

Pursuant to LR 16-3, defendant Spirit Airlines, Inc. moves the Court for an extension of time to Wednesday, July 22, 2015 to file its Answer or otherwise respond to the plaintiff's First Amended Complaint.

## MEMORANDUM IN SUPPORT OF MOTION

Plaintiff filed his First Amended Complaint on June 4, 2015. Rules 15(a)(3) and 6(d) of the Federal Rules of Civil Procedure would require Spirit Airlines to file its Answer to plaintiff's First Amended Complaint by June 22, 2015.

Steven Rosen is the trial attorney for this matter. He has been out of the office for an extended period of time due to illness, including more than 3 weeks in the hospital for treatment of meningitis and pneumonia. He remains out of the office while recuperating. Spirit Airlines requests an additional 30 days to investigate the amended claims and allegations and to draft its Answer to the First Amended Complaint with the input and advice of attorney Steven Rosen.

Defense counsel for Spirit Airlines spoke with Mr. Ball, counsel for the plaintiff, on June 22, 2015 and requested 30 days of additional time to prepare and file an Answer to the First Amended Complaint. Mr. Ball agreed with that request

Page 2 of 3 – Defendant Spirit Airlines, Inc.'s Unopposed Motion for Extension of Deadline to Answer First Amended Complaint

The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, Oregon 97205
Phone: (503) 525-2525; Fax: (503) 525-2526

and defendant Spirit Airlines seeks court approval of the extension of time in accordance with FRCP 15(a)(3), LR 16-3, and LR 29-1.

It is not expected that this requested extension of time will cause any significant delay in the progression of the action.

This motion is made in good faith and not for purposes of delay. Spirit Airlines respectfully requests that the Court grant its request for a 30-day extension of time to answer the First Amended Complaint.

DATED this 22nd of June, 2015.

s/ Elizabeth M. Ferrarini
Elizabeth M. Ferrarini, OSB # 944859
Ferrarini@RosenLawFirm.com
Of Attorneys for Defendant Spirit Airlines, Inc.

Page 3 of 3 – Defendant Spirit Airlines, Inc.'s Unopposed Motion for Extension of Deadline to Answer First Amended Complaint

The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, Oregon 97205
Phone: (503) 525-2525; Fax: (503) 525-2526

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **DEFENDANT SPIRIT AIRLINES INC.'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO ANSWER FIRST AMENDED COMPLAINT** by the following indicated method or methods:

☒ Notice of this filing will be sent by e-mail to plaintiff's counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Mr. William Ball
Attorney William Ball, LLC
420 SW Washington, Suite 400
Portland, OR 97204

Attorney for plaintiff Timothy Meacham


Mr. John Barhoum
Mr. Michael A. Miller
Chock Barhoum LLP
121 SW Morrison, Suite 415
Portland, OR 97204

Attorneys for Defendants Kerrie
Conrad and Airport Terminal
Services, Inc.

Mr. William Katt
Mr. John Loringer
Wilson Elser Moskowitz Edelman
 & Dicker LLP
740 N. Plankinton Ave., Ste 600
Milwaukee, WI 53203

Attorneys for Defendants Kerrie
Conrad and Airport Terminal
Services, Inc.

DATED this 22nd day of June, 2015.

                                            s/ Elizabeth M. Ferrarini
                                      Elizabeth M. Ferrarini, OSB #944859