UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TIMOTHY MEACHAM | |
| Plaintiff, | Case No. 3:15-cv-00338-SI |
| v. | ORDER REGARDING SETTLEMENT CONFERENCE |
| SPIRIT AIRLINES, INC., et al., | |
| Defendants. | |

**BECKERMAN, Magistrate Judge.**

Upon request of the parties, the above-captioned matter will be set for a judicially supervised settlement conference before Judge Stacie F. Beckerman, on **Monday, September 14, 2015.** Counsel and their clients are to appear in Judge Beckerman's chambers at **9:00 a.m.**, along with any persons who have settlement authority. Other parties who may be of assistance in settling the case are welcome to attend.

The parties are required to submit a confidential settlement letter and accompanying exhibits to Judge Beckerman by **5:00 p.m., five business days prior to the conference.** This settlement letter should not exceed five pages. PLEASE SEE ATTACHED INSTRUCTIONS REGARDING SETTLEMENT DOCUMENTS.

**Any party who, without prior court approval, fails to have all persons with settlement authority present, may be subject to sanctions. Such sanctions may include costs and attorney fees of the other parties attending the settlement conference.**

Dated: August 20, 2015

*/s/ Stacie F. Beckerman*
_____
STACIE F. BECKERMAN
United States Magistrate Judge