John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Michael A. Miller, OSB No. 066347
Email: michael.miller@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison, Suite 415
Portland, OR 97204
Telephone: (503) 223-3000
Fax: (503) 954-3321
    Attorneys for Defendants Kerrie Conrad and
    Airport Terminal Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY MEACHAM,<br><br>                Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES, INC.; KERRIE CONRAD; and AIRPORT TERMINAL SERVICES, INC., a Missouri Corporation,<br><br>                Defendants. | No. 3:15-CV-00338-SI<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT KERRIE CONRAD** |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT KERRIE CONRAD

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff Timothy Meacham and Defendant Kerrie Conrad that the Plaintiff's Complaint, and all amendments

thereto, and all claims contained therein against Defendant Kerrie Conrad, should be dismissed with prejudice and upon the merits, without further costs to any party.

**AS A CONDITION TO THE ABOVE STIPULATION, IT IS FURTHER UNDERSTOOD AND AGREED** that this Stipulation for Dismissal of Defendant Kerrie Conrad shall have no preclusive effect on any of Plaintiff's claims against the remaining Defendants.

Dated this 3rd day of September, 2015.

CHOCK BARHOUM LLP

Michael A. Miller, OSB No. 066347
Attorneys for Defendants Kerrie Conrad and Airport Terminal Services

And

William J. Katt (*Pro Hac Vice*)
Email: william.katt@wilsonelser.com
John P. Loringer (*Pro Hac Vice*)
Email: john.loringer@wilsonelser.com

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
740 N. Plankinton Ave., Suite 600
Milwaukee, WI 53203
Telephone: (414) 276-8816
Fax: (414) 276-8819

Dated this 1st day of September, 2015.

ATTORNEY WILLIAM BALL, LLC

William Ball, OSB No. 011558
Attorneys for Plaintiff

## ORDER

Pursuant to the above-named parties' Stipulation and Agreement:

**IT IS HEREBY ORDERED**, that the Plaintiff's Complaint, and all amendments thereto, including all claims contained therein against Defendant Kerrie Conrad, are voluntarily dismissed with prejudice and upon the merits without further costs to any party. Such dismissal shall have no preclusive effect upon Plaintiff's rights and causes of action against the remaining defendants, such rights being specifically reserved by the Plaintiff.

DATED this _____ day of _____, 2015.

_____
The Honorable Michael H. Simon
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT KERRI CONRAD** was served on:

| | |
|---|---|
| William Ball<br>Attorney William Ball LLC<br>420 SW Washington ST., Ste. 400<br>Portland, OR  97204<br>    Attorney for Plaintiff | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br>Fax #: 877.479.0429<br>☑ By e-mail:<br>Ball.will@gmail.com |
| Steven O. Rosen<br>The Rosen Law Firm, PC<br>1000 SW Broadway, Ste. 1220<br>Portland, OR  97205<br>    Attorney for Defendant Spirit Airlines Inc. | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br>Fax #: 503.525.2526<br>☑ By e-mail:<br>rosen@rosenlawfirm.com |
| John P. Loringer<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>740 N Plankinton Ave., Ste. 600<br>Milwaukee, WI  5323<br>    Attorney for Defendant Kerrie Conrad | ☐ By hand delivery<br>☑ By first-class mail*<br>☐ By overnight mail<br>☐ By facsimile transmission<br>Fax #: 414.276.8819<br>☑ By e-mail:<br>john.loringer@wilsonelser.com |

*With first-class postage prepaid and deposited in Portland, Oregon.

DATED this 3rd day of September, 2015.

CHOCK BARHOUM LLP

_____
John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Michael A. Miller, OSB No. 066347
Email:michael.miller@chockbarhoum.com
Attorneys for Defendants Kerrie Conrad and Airport Terminal Services