**John R. Barhoum, OSB No. 045150**
Email: john.barhoum@chockbarhoum.com
**Michael A. Miller, OSB No. 066347**
Email: michael.miller@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison, Suite 415
Portland, OR 97204
Telephone: (503) 223-3000
Fax: (503) 954-3321
    Attorneys for Defendants Kerrie Conrad and
    Airport Terminal Services, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TIMOTHY MEACHAM,** | No. 3:15-CV-00338-SI |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT KERRIE CONRAD** |
| v. | |
| **SPIRIT AIRLINES, INC.; KERRIE CONRAD; and AIRPORT TERMINAL SERVICES, INC., a Missouri Corporation,** | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT KERRIE CONRAD

**IT IS HEREBY STIPULATED AND AGREED TO** by and between Plaintiff Timothy Meacham and Defendant Kerrie Conrad that the Plaintiff's Complaint, and all amendments

thereto, and all claims contained therein against Defendant Kerrie Conrad, should be dismissed with prejudice and upon the merits, without further costs to any party.

**AS A CONDITION TO THE ABOVE STIPULATION, IT IS FURTHER UNDERSTOOD AND AGREED** that this Stipulation for Dismissal of Defendant Kerrie Conrad shall have no preclusive effect on any of Plaintiff's claims against the remaining Defendants.

Dated this 3rd day of September, 2015.

CHOCK BARHOUM LLP

_____
Michael A. Miller, OSB No. 066347
Attorneys for Defendants Kerrie Conrad and Airport Terminal Services

And

William J. Katt (*Pro Hac Vice*)
Email: william.katt@wilsonelser.com
John P. Loringer (*Pro Hac Vice*)
Email: john.loringer@wilsonelser.com

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
740 N. Plankinton Ave., Suite 600
Milwaukee, WI 53203
Telephone: (414) 276-8816
Fax: (414) 276-8819

Dated this 1st day of September, 2015.

ATTORNEY WILLIAM BALL, LLC

_____
William Ball, OSB No. 011558
Attorneys for Plaintiff

Page 2   STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT KERRIE CONRAD

## ORDER

Pursuant to the above-named parties' Stipulation and Agreement:

**IT IS HEREBY ORDERED**, that the Plaintiff's Complaint, and all amendments thereto, including all claims contained therein against Defendant Kerrie Conrad, are voluntarily dismissed with prejudice and upon the merits without further costs to any party. Such dismissal shall have no preclusive effect upon Plaintiff's rights and causes of action against the remaining defendants, such rights being specifically reserved by the Plaintiff.

DATED this 8th day of September, 2015.

_____
The Honorable Michael H. Simon
United States District Court Judge