Steven O. Rosen, OSB #785009
Rosen@RosenLawFirm.com
Elizabeth M. Ferrarini OSB #944859
Ferrarini@RosenLawFirm.com
The Rosen Law Firm, P.C.
1000 SW Broadway, Suite 1220
Portland, OR  97205
Telephone:  (503) 525-2525
Facsimile:  (503) 525-2526

Attorneys for Defendant Spirit Airlines, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TIMOTHY MEACHAM,<br><br>            Plaintiff,<br><br>v.<br><br>SPIRIT AIRLINES INC.; KERRIE CONRAD; AND AIRPORT TERMINAL SERVICES, INC., a Missouri Corporation<br><br>            Defendants. | Case No.  3:15-cv-00338-SI<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ELIZABETH M. FERRARINI** |

TO:    The Clerk of the Court and to all Parties and their Counsel of Record:

Pursuant to Local Rule 83-11(b), please take notice that effective October 20, 2015, Elizabeth M. Ferrarini of The Rosen Law Firm, P.C. withdraws as counsel for defendant Spirit Airlines, Inc.

Steven O. Rosen of The Rosen Law Firm, P.C. shall remain as counsel of record for defendant Spirit Airlines, Inc. in the above-captioned action.

DATED this 20th day of October, 2015.

                s/ Elizabeth M. Ferrarini
Elizabeth M. Ferrarini, OSB #944859
Ferrarini@RosenLawFirm.com
Of Attorneys for Defendant Spirit Airlines, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **NOTICE OF WITHDRAWAL OF ATTORNEY ELIZABETH M. FERRARINI** by the following indicated method or methods:

☒  Notice of this filing will be sent by e-mail to counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Mr. William Ball<br>Attorney William Ball, LLC<br>420 SW Washington, Suite 400<br>Portland, OR 97204<br><br>Attorney for plaintiff Timothy Meacham | Mr. William Katt<br>Mr. John Loringer<br>Wilson Elser Moskowitz<br>Edelman & Dicker LLP<br>740 N. Plankinton Ave., Ste 600<br>Milwaukee, WI 53203<br><br>Attorneys for Defendants Kerrie Conrad and Airport Terminal Services, Inc. |
| Mr. John Barhoum<br>Mr. Michael A. Miller<br>Chock Barhoum LLP<br>121 SW Morrison, Suite 415<br>Portland, OR 97204<br><br>Attorneys for Defendants Kerrie Conrad and Airport Terminal Services, Inc. | |

DATED this 20th day of October, 2015.

                                           s/ Elizabeth M. Ferrarini
                                  Elizabeth M. Ferrarini, OSB #944859